**No. 57357.**—Willey Biggin Wool Service, Inc. *v.* United States, protest 198404–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 57358.**—Peek & Velsor, Inc. *v.* United States, protests 176526–K and 180434–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of kelp meal similar in all material respects to that the subject of *United States* v. *Geo. S. Bush & Co., Inc., et al.* (35 C. C. P. A. 124, C. A. D. 381), the claim for free entry under paragraph 1705 was sustained.

**No. 57359.**—Art & Sign Brush Mfg. Corp. *v.* United States, protest 185445–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hair pencils similar in all material respects to those the subject of *Solo Horton Brush Co. (Inc.)* v. *United States* (63 Treas. Dec. 143, T. D. 46123), the claim of the plaintiff was sustained.

**No. 57360.**—Henry Hummel Co. *v.* United States, protest 194952–K (New York).

Opinion by MOLLISON, J.   The protest was dismissed.